IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00822-BNB

NORVELL WEBSTER CRUMP,

Plaintiff,

v.

R. WILEY, Warden,
HARLEY LAPPINS, Director,
U.S. ATTORNEY GENERAL,
UNITED STATES OF AMERICA,
AGENCIES OF BUREAU OF PRISON(S),
(BOP) ADMINISTRATIONS, and
BLAKE R. DAVIS, Warden,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Norvell Webster Crump is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Pursuant to the Court's Order to Cure Deficiencies entered on April 12, 2010, Mr. Crump filed his claims on a Court-approved form used in filing prisoner complaints. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on May 19, 2010, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint, in keeping with Fed. R. Civ. P. 8(a), and assert personal participation by each named Defendant. Plaintiff also was instructed to state what each named defendant did to him, when they did it, how their action harmed him, and what specific legal right they violated. *See Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Mr. Crump now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's May 19 Order within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that he is required to amend the Complaint in keeping with Rule 8(a)(2) and with **Nasious**. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this __25th__ day of __June__, 2010.

BY THE COURT:

*[signature]*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00822-BNB

Norvell Webster Crump
Reg No. 03908-088
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** pto the above-named individuals on 6/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk